UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN BARRILLEAUX and ROGER DUFRENE<br><br>VERSUS<br><br>EYMARD BROTHERS TOWING COMPANY, INC. and TAKO TOWING, INC. | CIVIL ACTION NO. 2:12-cv-00571<br><br>SECTION C<br>Chief Judge Helen G. Berrigan<br><br>DIVISION 4<br>Magistrate Judge Karen Wells Roby |

ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that all claims asserted in the captioned matter be and are hereby dismissed, with prejudice, each party to pay its own costs.

New Orleans, Louisiana, this 15th day of January, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE